UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 17-61682-CIV-MORENO

LEROY BRUTON, JR., on behalf of himself
and all others similarly situated,

       Plaintiffs,

v.

CYPRESS COMMUNICATIONS, INC.,
A Florida Profit Corporation, CYPRESS
COMMUNICATIONS OF S. FLORIDA, INC.,
A Florida Profit Corporation, and DEAN R.
PEZZA, Individually,

       Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to this Court's Order dated August 29, 2017 [D.E. 7], Plaintiff, LEROY BRUTON, JR., hereby gives Notice of filing the following Statement of Claim:

## STATEMENT OF CLAIM

Plaintiff states the following:

1.    Plaintiff was employed by Defendant from July 2016 until June 2017 (48 weeks). Defendant hired Plaintiff to work as a non-exempt piece rate paid cable technician. Plaintiff was paid a piece rate as determined by the company for each type of installation and repair service that he performed for Defendant's customers. Plaintiff regularly worked for Defendant in excess of forty (40) hours within a work week without receiving the proper overtime compensation. Plaintiff was required to work on average fifty-five (55) hours per week of overtime hours. Upon receipt of Defendant's records, if necessary, Plaintiff will supplement and/or amend this Statement of Claim, to reflect actual damages owed. Accordingly, Plaintiff is

entitled to compensation for overtime hours each work week, Plaintiff estimates his damages as follows:

Based on a half-time calculation, Plaintiff calculated his damages at:

**$495.00 average per week/55 hours (average) per workweek = $9.00 per hour. $9.00/2 = $4.50 (time and a half rate) x 15 hours (average overtime per week) = $67.50 x 48 weeks = $3,240.00 (unliquidated) and $6,480 (liquidated).**

Plaintiff's counsel has incurred 7 hours by counsel on this matter at his hourly rate of $450.00 per hour, for a total of $3,150.00. Additionally, Plaintiff has incurred filing fees and process service costs on this matter.

Plaintiffs are seeking their full payment of all actual overtime wages owed, an equal amount in liquidated damages, plus reasonable attorneys' fees and costs, on their behalf during this litigation of this matter.

Dated this 18th day of September, 2017.

Respectfully submitted

*/s/ Noah E. Storch* ___
Noah E. Storch, Esq.
Florida Bar No.0085476
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866) 344-9243
Facsimile:  (954) 337-2771
E-mail: noah@floridaovertimelawyer.com

*Trial Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 18th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy to all counsel of record.

<u>*/s/ Noah E. Storch*</u>
Noah E. Storch, Esq.